IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MELANIE C. TUNSTALL** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV564 |
| vs. | ) | |
| | ) | ORDER |
| **THE CITY OF OMAHA, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion to continue the final pretrial conference (Filing No. 21). Upon consideration,

**IT IS ORDERED:**

1. The defendants' motion to continue the final pretrial conference (Filing No. 21) is granted as set forth below.

2. The final pretrial conference is **rescheduled to February 28, 2007, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge