IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE C. TUNSTALL, | ) | NO.:  8:05CV564 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO** |
| | ) | **AMEND THE COMPLAINT** |
| THE CITY OF OMAHA, | ) | |
| CHRISTOPHER HALLGREN, in his | ) | |
| capacity as a police officer employed by the | ) | |
| City of Omaha and as an individual, | ) | |
| UNKNOWN SUPERVISORY | ) | |
| POLICE OFFICERS, in their capacities as | ) | |
| supervising police officers for the City of | ) | |
| Omaha, and as individuals, | ) | |
| | ) | |
| Defendants. | ) | |

PURSUANT TO FRCvP 15(a) the Defendants hereby stipulate that the Plaintiff may file the attached Amended Complaint.

The Defendants, through their counsel, acknowledge receipt of a copy of the attached Amended Complaint and waive any further notice or service of the Amended Complaint.

IT IS SO STIPULATED.

Dated this 14th day of March, 2007.

        THE CITY OF OMAHA, and CHRISTOPHER HALLGREN, Defendants

        By  s/Thomas O. Mumgaard
        THOMAS O. MUMGAARD, No. 16004
        Deputy City Attorney
        Attorney for Defendants
        804 Omaha/Douglas Civic Center
        1819 Farnam Street
        Omaha, NE 68183
        Fax:  (402) 444-5125
        E-mail: tmumgaard@ci.omaha.ne.us