# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE C. TUNSTALL, | ) | NO.: 8:05CV564 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| THE CITY OF OMAHA, NEBRASKA, | ) | |
| Defendant. | ) | |

The Plaintiff and the Defendant, by and through their respective counsel, stipulate that all causes of action herein should be dismissed with prejudice, each party to pay their own court costs.

Dated this _____ day of March, 2007.

MELANIE C. TUNSTALL, Plaintiff          THE CITY OF OMAHA, Defendant


BY:  s/Joseph Howard                                  BY:  s/Thomas O. Mumgaard
    JOSEPH L. HOWARD, No. 22742              THOMAS O. MUMGAARD, No. 16004
    GALLUP & SCHAEFER                                 Deputy City Attorney
    1001 Farnam Street, Suite 300                1819 Farnam Street, Suite 804
    Omaha, NE 68102                                      Omaha, NE 68183
    Ph.: (402) 341-0700                                  Ph.: (402) 444-5137
    E-mail: Jhoward@gallupschaefer.com       E-mail: tmumgaard@ci.omaha.ne.us
    Attorney for the Plaintiff                           Attorney for the Defendant