IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE C. TUNSTALL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV564 |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF OMAHA, | ) | ORDER |
| CHRISTOPHER HALLGREN, in his | ) | |
| capacity as a police officer | ) | |
| employed by the City of Omaha | ) | |
| and as an individual, UNKNOWN | ) | |
| SUPERVISORY POLICE OFFICERS, | ) | |
| in their capacities as | ) | |
| supervising police officers | ) | |
| for the City of Omaha, and as | ) | |
| individuals, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation to amend the complaint (Filing No. 28), and the stipulation for dismissal (Filing No. 30). The Court finds both motions should be granted. Accordingly,

IT IS ORDERED:

1) The stipulation to amended complaint is granted; the amended complaint (Filing No. 29) is deemed properly filed.

2) The stipulation for dismissal is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court